Jamican Curture life

1990-1940-1950-1970-1980-1950-1951- And the war fair begging of the best of the what you do at all. A by the way you could make my day at anytime but you could not do you could make my day at anytime but you could not do what you want to do, To a real young STANGER.

2:23-cv-846-JES-KCD

1990-1950-1970-1975- A do you want to ask the real big day to stay at the best SPOT To do the rest at the begaing of time be my date line.

1971-1972-1973-1974-1975-1976-1977-1978- A do you want to eat. A punk ass right in front of your wife. Better Think twice at life.

1965-1976-1997-1998-1999- Barbare Christoper was still a live and ready for a fight at anytime and to be at war at anytime, because you got to Surivive or die, Do you Know you need a real Big day at the best State of mind and do time because the KING Show love. A do you need a real good deal at war Plus the GUN STRO and the big one two.