# 1st Class Jamaican Mafai

1993 - 1996 - 1995 - 1994 - 1997 - and beyand now you Know the purper means to have dreams because you can maintain in the drug trade and in the new game because the game don't STOP or GO.

1990 - BRON I had a GOLD Wotch on my arm but it had to be Place on my Nack. Because you got to Show love in the Club and on the Block because the money making don't STOP.

2002 - 2004 - 2005 - 2007 - 2008 - 2009 - 20010 - 20011 - 20012 2013 - 2014 - 2015 - 2016 - 2017 - 2018 - 2019 - 2022 - 2023 - AND that is the Jamaican Mafai logo and Logic. Because you are the blaim for the Samethang.

1997 - Their was a gun battle in the Streets of Mexico and a year of Savorty and minuerum Wage and tax cut. And the right to have a gun battle in the right Cut. A do you need a real good deal but can work the feild of Dreams and have a real big TRIPLE Bim Dream.


## By KING NEPTUNE

17755                                          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

Jamican Curture life

1990-1940-1950-1970-1980-1950-1951-And the War fair begaing of the best of the day was the end of the day. So you can not do what you do at all. A by the Way you could make my day at anytime but you could not do what you want to do. To a real young STANGER.

1940-1950-1970-1975-A do you want to ask the real big day to stay at the best SPOT To do the rest at the begaing of time be my date line.

1971-1972-1973-1974-1975-1976-1977-1978-A do you want to eo A punk ass right in front of your wife. Better think twice at life.

1965-1976-1997-1998-1999-Barbare Christoper was still a live and pure but at sometime she did not look like it and she had to go by it. But she never lost good faith. A d you know that I Suppose to be as spiritlly strong as her but I am a man. with the Hawk strength inside of me.


BY STEPHANIE GIBSON and her Son

1905-2022  A I do not do Crime but I can not do the dime at the Sametime. A do you need a real. Job in the GAME Don't Change because you need a real Culture and a real HISTORY REPORT.

1997- You can be with you want to be at any cost because you would not pretain to the boss or the You can Keep on. on the path way and the back bone.

1905 - You can be at the best of the game and at the bottom of the MAP Because you can not be at the best of your Chest. OK you can not do what you want the do at the best of your Career.

1995 - You can not do Ms. Gibson or you do not belong on the bottom of the MAP. A do you want to be me at war because you need a real JOB in the latter end. A do you need a real JOB in the latter in the latter end because you can make it happen in the Drug TRADE.

1990 - 1999 - 1996 - and I was young and Fabolous and Cute but I had the balls of a horues and and a ball of a mind in the year after.


By KING NEPTUNE


7755                                    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

1997-A IF YOU SHINE YOU DINE AND YOU MUST SURVIVE.

1998-1995-1996-1997-1998- 1995-1995-1998-1998-1995
1998- 1998- 1998- 1998- 1998- 1998 -1998-1998-1998 -1998
1999-1999- 1999- 1999- 1999 -1999 -1999 -1999 -1999-1999
A do you need weed good Dope that make you
cake on the fuber and the GUNDER AT THE
BEST OF THE DAY.

1997-1995-1994-1993-1994-1993-1995-1993- 1994-1995
1994-1994- 1994-1994- 1994-1994-1994-1994-1994-1995
1993- 1993- 1993- 1993 -1993 -1993 -1993 -1993 -1993 -1998
A do you need a Phone to go home and I need
weed and a TREE. THE LIFE LINE IS TO DO TIME.

1995-1994-1993-1994-1995-1995-1995-1995-1995-1995
1993- 1994-1997-1997-1997-1997-1997-1995-1995-1995
1997-1997- 1997- 1997- 1997-1997-1997-1997-1997-1997
A do you want to survive at the BEST STORE OR
THE HOME DEPOT BECAUSE THE DOPE AND THE LORD
PLEASE.

A THIS IS MAY HISTORY BOOK AND I NEED THE
BIG ONE AT THE BEST STROE, A DO YOU NEED A
REAL DEAL HOLLY FIELD. OR THE BIG BUCKS.

Jamican Curture life

1970-1950-1930- And that was the back door but the marble
follo of the black ghost and the bread toast.
of the doors that go home because of the nigga that don't give
a fuck. A do you need a real Boss to do the real JOB at war
or live life and THINK Twice. Because you need a real Thang
to maintain in the game.

1970-1950-1930-19501- And you need a real to do the best of
of the week of    the new Career of the day and the best
Star. A do you need a real Deal because you are a born
big one or become one of the biggest Drug TRADERS or the
biggest run PIMPS of the Drug CARTERAL.

1970-1940-1950-1960-1940-1980-1990- A that was a wise
saying that was
beyond a real pussy hole a do you need a real gangster
to do the real JOB or take a car because you do
deserva to be a real Bone Crasing man to do you in,

1940-1970-1980-1940-1950-1930- A dudu name Jamaican
Parmey had a Glack YO and
weed hole and a big noise that take dope and a Pecea
Sign that make you wine for a dine.

1950-1970-1980-1904-1950-1970-1980-1907-1905-1903-TO
be with me at a real Ball game to do the all game.

1970-A do you die or try to survive with the Dope or give them hope
because you can them hope or die trying. Do you need a real good
deal because you want to be with me. A do you want me a
real good one.

By KING NEPTUNA

Jamican Curture life

A do you wont to die or try at the TOP of the MAP because you
Shoold have love and do you need love to get love.

1970-1980-1940-1950-1930-1980-1960-1930-1950-1960-1940-1930
1960-1930-1950-1930-1940-1960-1970-1940-1930-1940-1950-1960
1940-1930-1950-1940-1950-1970-1930-1940-1950-1930]-A now that
Was the Cost to be a young Boss Because you need love for
a dove.

1950-1940-1970-1950-1930-1940]-A and that was the
Grondfather Who was a young GODFATHER, And then became
the real GrandSon Jerrail T. Brown and a young DRUG
LORD Who need to come up.

1970-1940-1950-1940-1950-1960-1970-1980-1970-1960-1950-1940]
A do you need a real GANGSTA to show a real dudu a
And do you want to do the THANG that you can maintain.
A do you need a real dudu that make it to that Count
System that you Could make a real. A do you need a real
Deal Gangsta or a real gangbang or a pussy hole to fuck
With and to ride a dick.

1980-1950-1960-1940-1930-1940-1905-1931]-1951]-1971]-A do
you need a real good JOB at War because you Show, me
love to do So. A do you Wont me to die or survive, me
do you need a real GANGSTA TO DIE OR SURVIVE WITH THE
MAFIA OR DIE TRYING TO DO So. A do you need a real
rightouess Clause to break them off. Because I got big Balls
to do the rightouess rightoueness and the best of the day.

1980-1970-1930-1940-1950]-1950]-1950]-1950]-1950] - A do you
need a real good JOB that go hard because the Glock 9 is
the line because I can't do no time.

Berneld - Is a real good dudu that became a foll and did
not no what to do at any Cost to keep a boss
like KING NEPTUNE. A do need a real gangsta to
a do or do a Dreeam come ture.
                By KNING NETUNA

1998 - Do you or do you not love me or not. Because I Belong at the TOP OF THE Mounet because it will be a long time that I belong here at the U. S. A. Because I Could Survive all my life. A do you want to live a long time on die. A do you need love from a dove because Just Remeber that the HOOD Show you love TO. A I'm about the People in the NEIGHTBOR HOOD that Show GOOD Favor and GOOD Since of Humaner. A do you need the WORK OR THE BEST DOPE EVER.

1993 - 1994 - 195703 - 1955041213595891 - So on the Marry had a little lame and a real pussy ass hole because you could not touch there noise.

1985 - 197111511 - A do you need a real good ass or a Punk beheand at the worst way because. I need to Survive with in the Chaingain because I need love and the Club. Soft Pates it goens down undergoound. A you can Kerstreader me a real man THAT don't give a damn or a fuck. A do you know that a KING is the CUM with Some. Don't let them ride your dick in front of Sirten Women.

1971 - 1975 - 1945 - 1903 - 1904 - 1907 - 1905119113 - A do you need who Kould Kick-out a light and shine real fightnight and Griend

A do you need Weed or protein or good good weed that give the best of a dream. A do you know what ture love feel like.

Jamican Curture life

1995-1997-1999-1971-1935-1995-1939-1975-1975-1991-1981
1993-1993-1993-1993-1993-1993- A do you Suppose to be
a friend to me or my family but at the Sametime.
you Suppose to be his enemy at War because you need.
A dove to Show love.

1991-1997-1998-1991-1998-1975-1975-1975-1975-
1939-1939-1939-1939-1939-1939-1939-1939-1939-1939
Do you want me to Survive With the Hawk
Strength inside of me. A my GRANDFATHER WAS
RUNED OVER BY A CHR. And he Survived at the
best of his Career and he Still was a live at the
begaing of time.

1997-1997-1997-1997-1997-1997-1997-1997-1997-1997
1993-1993-1993-1993-1997-1997-1997-1997-1997-1997
and-1994-1994-1994-1993-1998-1993-1993-1993-1993
and-1993-1993-1993-1994-1994-1994-1994-1994-1994-
and-1995-1995-1995-1993-1993-1993-1993-1993
-1995-1995-1995-1995-1995-1995

By KING NEPTUNE

1970-1990-1991-1993-1994-1995-1955-1956-1997-1998
1987-1998-1997-1993-1997-1993-1993-1993-1993-1993
1993-1994-1994-1995-1995-1995-1994-1995-1995-1995
The Latina KINGS was a black enterprise and the
Drug Ring and a Drug TRADE.

1993-1994-1994-1994-1994-1994-1994-1994-1994-1995
A do you need to do what you got to do at War because
You need to Survive With Dope and do not Smoke
the Dope at all.

1997-1995-1997-1998-1993-1997-1995-1993-1994
1995-1993-1993-1994-1995-1995-1995-1993-1994
1994-1994-1994-1994-1994-1994-1994-1995-1995-1994
A do you want to Survive at 1994-1994-1994-1994
TRIBE and do the a do you need the best of the
the KING OF COME so COME GET SOME. to Survive with

1997-1998-YOU NEED TO ESCAPE TO A PLACE OF TIME
Do You NEED TO DO WHAT YOU NEED TO DO
AT THE RESTUANT A TO DO WHAT YOU.

1998-1997-1998-1998-1999- SO DID You DO WHAT You
You SUPPOSE TO DO AT WORK
Because You Deserve the Best Work at School and
the LAND SACEP BEFORE.

1997-1993-1995-1993-1996-1995-1995-1995-1995
1993-1995-1993-1993-1995-1995-1995-1995-1995-1995
A 1995-1995-You HAD A REAL GOLDEN TRIDE and
AND YOU SHOULD DO You IN THE FIRST PIACE AND
AND MAKE A BIG DAY.

Jerrail Brown    #X67548
Charlotte Correctional Insitition
Punta Gorda 33955
Oil well Road 33955

MAILED FROM A STATE
CORRECTIONAL INSTITUTION

UNIT
OFF
GEOR
401
ORL

MAILED FROM
CHARLOTTE
CORRECTIONAL
INSTITUTION



U. S. POSTAGE
Legal MAIL
On STAR

PITNEY BOWES

02 1P          $ 001.83⁰
0000930667   OCT 06 2023
MAILED FROM ZIP CODE 33955

ED STATES DISTRICT COURT
ICE OF THE CLERK
GE C YOUNG US COURTHOUSE
N. CENTRAL BLVD, SUITE 1200
ANDO, FLORIDA 32801-0120





# 1st Class Jamaican Mafai

1993 - 1996 - 1995 - 1994 - 1997 - and beyond now you Know the purper means to have dreams because you can maintain in the drug trade and in the new game because the game don't STOP or GO.

1990 - ~~BBN~~ I had a GOLD wotch on my arm but it had to be Place on my Nack. Because you got to Show love in the Club and on the Black because the money making don't STOP.

2002 - 2004 - 2005 - 2007 - 2008 - 2009 - 20010 - 20011 - 2012
2013 - 2014 - 2015 - 2016 - 2017 - 2018 - 2019 - 2022 - 2023 - AND that is the Jamaican Mafai logo and Logic. Because you are the blaim for the Samethang.

1997 - Their was a gun battle in the streets of Mexico and a year of savorty and minue wage and tax cut. And the right to have a gun battle in the right Cut. A do you need a real good deal but can work the feild of Dreams and have a real big TRIPLE Bim Dream.

## By KING NEPTUNE

17755

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

Jamican Curture life

1990 - 1940 - 1950 - 1970 - 1980 - 1950 - 1951 - And the War fair begaing of the best of the day was the end of the day. So you can not do what you do at all. A by the Way you could make my day at anytime but you could not do What you want to do. To a real young STANGER.

1940 - 1950 - 1970 - 1975 - A do you want to ask the real big day to Stay at the best SPOT To do the rest at the begaing of time be my date line.

1971 - 1972 - 1973 - 1974 - 1975 - 1976 - 1977 - 1978 - A do you want to eo A punk ass right in front of your Wife. Better think twice at life.

1965 - 1976 - 1997 - 1998 - 1999 - Barbare Christoper was Still a live and pure but at sometime she did not look like it and She had to go by it. But she never lost good faith. A d you Know that I Suppose to be as Spintily Strong as her but I am a man. With the Hawk Strength inside of me.

BY STEPHANIE GIBSON and her Son

1905-2022  A I do not do Crime but I can not do the dime at the Sametime. A do you need a real, Job in the GAME Don't Change because you need a real Culture and a real HISTORY REPORT,

1997- You can be with you want to be at any cost because you would not pretain to the boss or the You can Keep on. on the path way and the back bone.

1905 - You can be at the best of the game and at the bottom of the MAP Because you can not be at the best of your Chest. OK you can not do what you want the do at the best of your Career.

1995 - You can not do Ms. Gibson or you do not belong on the bottom of the MAP. A do you want to be me at war because you need a real JOB in the latter end. A do you need a real JOB in the latter in the latter end because you can make it happen in the Drug TRADE.

1990 - 1999 - 1996 - and I was young and Faboulous and Cute but I had the balls of a horues and and a ball of a mind in the year after.


By KING NEPTUNE


7755                                              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

1997-A IF YOU SHINE YOU DINE AND YOU MUST SURVIVE.

1998-1995-1996-1997-1998- 1995- 1995-1998-1998-1995
1998- 1998- 1998- 1998- 1998- 1998- 1998- 1998- 1998- 1998
1999-1999- 1999- 1999- 1999-1999-1999 - 1999 -1999-1999
A do you need weed good Dope that make you
Cake on the fuber and the GUNDER AT THE
BEST OF THE DAY.

1997-1995-1994-1993-1994-1993-1995-1993- 1994-1995
1994-1994- 1994- 1994- 1994- 1994-1995- 1993- 1994-1995
1993- 1993- 1993- 1993 -1993 -1993-1993-1993-1993-1998
A do you need a Phone to go home and I need
Weed and a TREE. THE LIFE LINE IS TO DO TIME.

1995-1994-1993-1994-1995-1995-1995-1995-1995-1995
1993- 1994-1997-1997-1997-1995-1995-1995-1995-1995
1997-1997-1997-1997-1997-1997-1997-1997-1997-1997
A do you want to Survive at the BEST STORE OR
THE HOME DEPOT BECAUSE THE DOPE AND THE LORD
PLEASE.

A THIS IS MAY HISTORY BOOK AND I NEED THE
BIG ONE AT THE BEST STROE, A DO YOU NEED A
REAL DEAL HOLLY FIELD. OR THE BIG BUCKS.

Jamican Curture life

1970-1950-1930- And that was the back door but the marble follo of the black ghost and the bread toast. of the doors that go home because of the nigga that don't give a fuck. A do you need a real Boss to do the real JOB at war or live life and THINK Twice. Because you need a real Thang to maintain in the game.

1970-1950-1930-19501- And you need a real to do the best of of the week of December. 19, 2098 because you are a born the new Career of the day and the best Star. A do you need a real Deal to run the field or do the big one or become one of the biggest Drug TRADERS or the biggest run PIMPS of the Drug CARTERAL.

1970-1940-1950-1960-1940-1980-1990- A that was a wise Saying that was beyond a real pussy hole a do you need a real gangsta to do the real JOB or take a car because you do deserva to be a real Bone Crasing man to do you in.

1940-1970-1980-1940-1950-1930- A dudu name Jamaican Parmey had a Glock 40 and weed hole and a big noise that take dope and a Pecea Sign that make you wine for a dine.

1950-1970-1980-1904-1950-1970-1980-1907-1905-1903-TO be with me at a real Ball game to do the all game.

1970-A do you die or try to Survive with the Dope or give them hope because you can them hope or die trying. Do you need a real good deal because you want to be with me. A do you want me a real good one.

By KING NEPTUNA

Jamican Curture life

A do you wont to die or try at the TOP of the MAP because you Should have love and do you need love to get love.

1970-1980-1940-1950-1930-1980-1960-1930-1950-1960-1940-1930
1960-1930-1950-1930-1940-1960-1970-1940-1930-1940-1950-1960
1940-1930-1950-1940-1950-1970-1930-1940-1950-19301-A now that
Was the Cost to be a young Boss Because you need love for
a dove.

1950-1940-1970-1950-1930-19401-A and that was the
Grandfather who was a young GODFATHER. And then became
the real Grandson Jerrail T. Brown and a young DRUG
LORD who need to come up.

1970-1940-1950-1940-1950-1960-1970-1980-1970-1960-1950-19401
A do you need a real GANGSTA to show a real dudu a
And do you want to do the THANG that you can maintein.
A do you need a real dudu that make it to that Count
System that you Could make a real. A do you need a real
Deal Gangsta or a real gangbang or a pussy Hole to fuck
with and to ride a dick.

1980-1950-1960-1940-1930-1940-1905-19311-19511-19711-A do
you need a real good JOB at War because you show, me
love to do so. A do you wont me to die or survive a
do you need a real GANGSTA TO DIE OR SURVIVE WITH THE
MAFIA OR DIE TRYING TO DO SO. A do you need a real
rightouess cluase to break them off. Because I got the Balls
to do the rightouess rightoueness and the best of the day.

1980-1970-1930-1940-19501-19501-19501-19501-19501-A do you
need a real good JOB that go hard because the Glock 9 is
the line because I can't do no time.

Berneld-Is a real good dudu that became a foll and did
not no what to do at any Cost to Keep a boss
like KING NEPTUNE. A do need a real gangsta to
a do or do a Dreem come ture.
By KING NETUNA

1998 – Do you or do you not love me or not. Because I Belong at the TOP OF THE Mounet because it will be a long time that I belong here at the U. S. A. Because I Could Survive all my life. A do you want to live a long time or die. A do you need love from a dove because Just Remeber that the HOOD Show you love TO. A I'm about the People in the NEIGHTBOR HOOD that Show GOOD Favor and GOOD Since of Humaner. A do you need the WORK OR THE BEST DOPE EVER.

1993 – 1994 – 195703 – 19550412135595891 – So on the Mairy had a little lame and a real pussy ass hole because you could not touch there noise.

1985 – 197111511 – A do you need a real good ass or a Punk beheand at the worst way because. I need to Survive with in the Chaingain because I need love and the Club. Soft Pates it goens down undergoound. A you can Kerstreader me a real man THAT don't give a damn or a fuck. A do you know that a KING is the CUM with Some. Don't let them ride your dick in front of Sirten Women.

1971 – 1975 – 1945 – 1903 – 1904 – 1907 – 1905119113 – A do you need who Kould Kick-out a light and Shine real fightnight and Griond

A do you need Weed or protain or good good weed that give the best of a dream. A do you know what ture love feel like.

Jamican Curture life

1995-1997-1999-1971-1935-1995-1939-1975-1975-1991-1931
1993-1993-1993-1993-1993-1993- A do you Suppose to be
a friend to me or my family but at the Sametime.
you Suppose to be his enemy at War because you need.
A dove to Show love.

1991-1997-1998-1991-1998-1975-1975-1975-1975-
1939-1939-1939-1939-1939-1939-1939-1939-1939-1939
Do you want me to Survive with the Hawk
Strength inside of me. A my GRANDFATHER WAS
RUNED OVER BY A CHR. And he Survived at the
best of his Career and he Still was a live at the
begaing of time.

1997-1997-1997-1997-1997-1997-1997-1997-1997-1997
1993-1993-1993-1993-1997-1997-1997-1997-1997-1997
and-1994-1994-1994-1993-1998-1993-1993-1993-1993
and-1998-1993-1993-1994-1994-1994-1994-1994-1994-
and-1995-1995-1995-1995-1993-1993-1993-1993
1995-1995-1995-1995-1995-1995-1975

By KING NEPTUNE

1970-1990-1991-1993-1994-1995-1955-1956-1997-1998
1987-1998-1997-1993-1997-1993-1993-1993-1993-1993
1993-1994-1994-1995-1995-1995-1994-1995-1995-1995
The Latina KINGS was a black enterprise and the
Drug Ring and a Drug TRADE.

1993-1994-1994-1994-1994-1994-1994-1994-1994-1995
A do you need to do what you got to do at war because
you need to Survive With Dope and do not Smoke
the Dope at all.

1997-1995-1997-1998-1993-1997-1995-1993-1994
1995-1993-1993-1994-1995-1995-1995-1993-1994
1994-1994-1994-1994-1994-1994-1994-1995-1994
A do you want to Survive at 1994-1994-1994-1994
TRIBE and do the a do you need the best of the
the KING OF COME SO COME GET SOME.
to Survive With

1997-1998-YOU NEED TO ESCAPE TO A PLACE OF TIME
Do You NEED TO DO WHAT YOU NEED TO DO
AT THE RESTUANT A TO DO WHAT YOU.

1998-1997-1998-1998-1999-SO DID You DO WHAT You
You SUPPOSE TO DO AT WORK
Because You Deserve the Best Work at School and
the LAND SACEP BEFORE.

1997-1993-1995-1993-1996-1995-1995-1995-1995-1995
1993-1995-1993-1993-1995-1995-1995-1995-1995-19
A 1995-1995-You HAD A REAL GOLDEN TRIDE AND
AND You SHOULD DO You IN THE FIRST PLACE
AND MAKE A BIG DAY.